**EXHIBIT 1**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,785,361
Registered Nov. 25, 2003

## TRADEMARK
## PRINCIPAL REGISTER

## WIZKIDS

WIZKIDS, LLC (DELAWARE LTD LIAB CO)
11040 MAIN ST. SUITE 100
BELLEVUE, WA 98004

FOR: GAME EQUIPMENT, NAMELY, MINIATURE TOY FIGURINES AND ROLE PLAYING EQUIPMENT IN THE NATURE OF GAME BOOK MANUALS; COLLECTIBLE TOY FIGURINES FOR ROLE PLAYING GAMES; AND ROLE PLAYING GAMES AND GAME PIECES AND ACCESSORIES THEREFOR, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-1-2000; IN COMMERCE 11-1-2000.

SER. NO. 76-223,153, FILED 3-12-2001.

DAVID C. REIHNER, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2017-03-31 12:10:01 EDT

**Mark:** WIZKIDS

**WIZKIDS**

| | |
|---|---|
| **US Serial Number:** 76223153 | **Application Filing Date:** Mar. 12, 2001 |
| **US Registration Number:** 2785361 | **Registration Date:** Nov. 25, 2003 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** The registration has been renewed. | |
| **Status Date:** Sep. 17, 2013 | |
| **Publication Date:** Sep. 02, 2003 | |

## Mark Information

**Mark Literal Elements:** WIZKIDS

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Related Properties Information

**International Registration Number:** 1116369

**International Application(s) /Registration(s) Based on this Property:** A0029271/1116369

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** game equipment, namely, miniature toy figurines and role playing equipment in the nature of game book manuals; collectible toy figurines for role playing games; and role playing games and game pieces and accessories therefor

| | |
|---|---|
| **International Class(es):** 028 - Primary Class | **U.S Class(es):** 022, 023, 038, 050 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Nov. 01, 2000 | **Use in Commerce:** Nov. 01, 2000 |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |

| | | |
|---|---|---|
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

**Owner Name:** WIZKIDS/NECA, LLC
**Owner Address:** 603 Sweetland Avenue
Hillside, NEW JERSEY UNITED STATES 07205
**Legal Entity Type:** LIMITED LIABILITY COMPANY     **State or Country Where Organized:** NEW JERSEY

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Michael R. Friscia    **Docket Number:** 96699-00021
**Attorney Primary Email Address:** mfriscia@mccarter.com    **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Michael R. Friscia
McCarter & English, LLP
100 Mulberry Street
Four Gateway Center
Newark, NEW JERSEY UNITED STATES 07102
**Phone:** 973-848-8308    **Fax:** 973-297-6627
**Correspondent e-mail:** mfriscia@mccarter.com    **Correspondent e-mail Authorized:** Yes

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 19, 2015 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Sep. 17, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Sep. 17, 2013 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76533 |
| Sep. 17, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76533 |
| Sep. 16, 2013 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 76533 |
| Sep. 16, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 17, 2009 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Aug. 21, 2009 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76533 |
| Aug. 03, 2009 | ASSIGNED TO PARALEGAL | 76533 |
| Jul. 30, 2009 | TEAS SECTION 8 & 15 RECEIVED | |
| Mar. 24, 2008 | CASE FILE IN TICRS | |
| Nov. 16, 2007 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jul. 20, 2007 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 11, 2007 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Nov. 25, 2003 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 02, 2003 | PUBLISHED FOR OPPOSITION | |
| Aug. 13, 2003 | NOTICE OF PUBLICATION | |
| Jul. 07, 2003 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 01, 2003 | EXAMINERS AMENDMENT MAILED | |
| Jun. 12, 2003 | NON-FINAL ACTION MAILED | |
| Dec. 17, 2002 | ASSIGNED TO EXAMINER | 61272 |
| Dec. 16, 2002 | ASSIGNED TO EXAMINER | 61272 |
| Oct. 18, 2002 | ASSIGNED TO EXAMINER | 61272 |
| Jun. 26, 2002 | LETTER OF SUSPENSION MAILED | |

| | |
|---|---|
| Feb. 28, 2002 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Aug. 28, 2001 | NON-FINAL ACTION MAILED |
| Jul. 20, 2001 | ASSIGNED TO EXAMINER |

78048

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Nov. 25, 2013

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE         **Date in Location:** Sep. 17, 2013

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 7                      **Registrant:** Wizkids, LLC

### Assignment 1 of 7

**Conveyance:** CHANGE OF NAME
**Reel/Frame:** 3518/0408                    **Pages:** 4
**Date Recorded:** Apr. 09, 2007
**Supporting Documents:** assignment-tm-3518-0408.pdf

**Assignor**

**Name:** WIZKIDS, LLC                       **Execution Date:** Feb. 18, 2004
**Legal Entity Type:** LIMITED LIABILITY COMPANY   **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** WIZKIDS, INC.
**Legal Entity Type:** CORPORATION           **State or Country Where Organized:** DELAWARE
**Address:** 2002 156TH AVE. NE
BELLEVUE, WASHINGTON 98007

**Correspondent**

**Correspondent Name:** CATHERINE E. MAXSON
**Correspondent Address:** DAVIS WRIGHT TREMAINE LLP
1501 FOURTH AVENUE, SUITE 2600
SEATTLE, WA 98101

**Domestic Representative - Not Found**

### Assignment 2 of 7

**Conveyance:** TRADEMARK SECURITY AGREEMENT
**Reel/Frame:** 3657/0319                    **Pages:** 17
**Date Recorded:** Nov. 08, 2007
**Supporting Documents:** assignment-tm-3657-0319.pdf

**Assignor**

**Name:** THE TOPPS COMPANY, INC.            **Execution Date:** Oct. 12, 2007
**Legal Entity Type:** CORPORATION           **State or Country Where Organized:** DELAWARE

**Name:** WIZKIDS, INC.                      **Execution Date:** Oct. 12, 2007
**Legal Entity Type:** CORPORATION           **State or Country:** DELAWARE

|  |  |
|---|---|
|  | **Assignee** |
| Name: | DEUTSCHE BANK TRUST COMPANY AMERICAS, AS ADMINISTRATIVE AGENT |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | No Place Where Organized Found |
| Address: | 60 WALL STREET<br>NEW YORK, NEW YORK 10005 |

|  |  |
|---|---|
|  | **Correspondent** |
| Correspondent Name: | CORPORATION SERVICE COMPANY |
| Correspondent Address: | 1133 AVENUE OF THE AMERICAS<br>SUITE 3100<br>NEW YORK, NY 10036 |

**Domestic Representative - Not Found**

## Assignment 3 of 7

| | |
|---|---|
| Conveyance: | RELEASE BY SECURED PARTY |
| Reel/Frame: | 4057/0409 |
| Pages: | 12 |
| Date Recorded: | Sep. 04, 2009 |
| Supporting Documents: | assignment-tm-4057-0409.pdf |

|  |  |
|---|---|
|  | **Assignor** |
| Name: | DEUTSCHE BANK TRUST COMPANY AMERICAS, AS ADMINISTRATIVE AGENT |
| Execution Date: | Sep. 04, 2009 |
| Legal Entity Type: | CORPORATION (NEW YORK STATE CHARTERED BANK) |
| State or Country Where Organized: | NEW YORK |

|  |  |
|---|---|
|  | **Assignee** |
| Name: | WIZKIDS, INC. |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | DELAWARE |
| Address: | 2002 156TH AVE. NE, 3RD FLOOR<br>BELLEVUE, WASHINGTON 98007 |

|  |  |
|---|---|
|  | **Correspondent** |
| Correspondent Name: | JASON R. SERLENGA |
| Correspondent Address: | ROPES & GRAY LLP<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA 02110-2624 |

**Domestic Representative - Not Found**

## Assignment 4 of 7

| | |
|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST |
| Reel/Frame: | 4060/0881 |
| Pages: | 15 |
| Date Recorded: | Sep. 14, 2009 |
| Supporting Documents: | assignment-tm-4060-0881.pdf |

|  |  |
|---|---|
|  | **Assignor** |
| Name: | WIZKIDS, INC. |
| Execution Date: | Sep. 04, 2009 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | DELAWARE |

|  |  |
|---|---|
|  | **Assignee** |
| Name: | WIZKIDS/NECA, LLC |
| Legal Entity Type: | LIMITED LIABILITY COMPANY |
| State or Country Where Organized: | NEW JERSEY |
| Address: | 603 SWEETLAND AVENUE<br>HILLSIDE, NEW JERSEY 07205 |

|  |  |
|---|---|
|  | **Correspondent** |
| Correspondent Name: | MCCARTER & ENGLISH - SANJIV CHOKSHI |

| | |
|---|---|
| Correspondent Address: | 100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK, NJ 07102 |

**Domestic Representative - Not Found**

## Assignment 5 of 7

| | |
|---|---|
| Conveyance: | SECURITY INTEREST |
| Reel/Frame: | 5261/0344 |
| Pages: | 30 |
| Date Recorded: | Apr. 15, 2014 |
| Supporting Documents: | assignment-tm-5261-0344.pdf |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | NATIONAL ENTERTAINMENT COLLECTIBLES ASSOCIATION, INC. | Execution Date: | Apr. 15, 2014 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | NEW JERSEY |
| Name: | WIZKIDS/NECA, LLC | Execution Date: | Apr. 15, 2014 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | NEW JERSEY |
| Name: | MGIP, LLC | Execution Date: | Apr. 15, 2014 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | NEW JERSEY |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | SUNTRUST BANK | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | GEORGIA |
| Address: | 303 PEACHTREE STREET, N.E.<br>ATLANTA, GEORGIA 30308 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | LASHANA C. JIMMAR, PARALEGAL |
| Correspondent Address: | GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD, NE, SUITE 2500<br>ATLANTA, GA 30305 |

**Domestic Representative - Not Found**

## Assignment 6 of 7

| | |
|---|---|
| Conveyance: | RELEASE OF SECURITY INTEREST |
| Reel/Frame: | 5594/0634 |
| Pages: | 30 |
| Date Recorded: | Aug. 06, 2015 |
| Supporting Documents: | assignment-tm-5594-0634.pdf |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | SUNTRUST BANK | Execution Date: | Aug. 03, 2015 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | GEORGIA |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | NATIONAL ENTERTAINMENT COLLECTIBLES ASSOC., INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | NEW JERSEY |
| Address: | 603 SWEETLAND AVE.<br>HILLSIDE, NEW JERSEY 07205 | | |
| Name: | WIZKIDS/NECA, LLC | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | NEW JERSEY |
| Address: | 300 SWEETLANDS AVE.<br>HILLSIDE, NEW JERSEY 07205 | | |
| Name: | MGIP, LLC | | |

| | | | |
|---|---|---|---|
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | NEW JERSEY |
| Address: | 300 SWEETLANDS AVE, HILLSIDE, NEW JERSEY 07205 | | |
| Name: | KIDROBOT, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 300 SWEETLANDS AVE, HILLSIDE, NEW JERSEY 07205 | | |

### Correspondent

| | |
|---|---|
| Correspondent Name: | CORPORATION SERVICE COMPANY |
| Correspondent Address: | 1090 VERMONT AVENUE NW, SUITE 430 WASHINGTON, DC 20005 |

### Domestic Representative - Not Found

### Assignment 7 of 7

| | | | |
|---|---|---|---|
| Conveyance: | INTELLECTUAL PROPERTY SECURITY AGREEMENT | | |
| Reel/Frame: | 5596/0001 | Pages: | 33 |
| Date Recorded: | Aug. 07, 2015 | | |
| Supporting Documents: | assignment-tm-5596-0001.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| Name: | WIZKIDS/NECA, LLC | Execution Date: | Aug. 05, 2015 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | NEW JERSEY |

### Assignee

| | | | |
|---|---|---|---|
| Name: | KEYBANK NATIONAL ASSOCIATION | | |
| Legal Entity Type: | NATIONAL BANKING ASSOCIATION | State or Country Where Organized: | UNITED STATES |
| Address: | 127 PUBLIC SQUARE ATTN: INSTITUTIONAL BANKING CLEVELAND, OHIO 44114 | | |

### Correspondent

| | |
|---|---|
| Correspondent Name: | JAMES A. SCHNEIDER, ESQ. |
| Correspondent Address: | 127 PUBLIC SQUARE 3900 KEY CENTER CLEVELAND, OH 44114 |

### Domestic Representative - Not Found

# Proceedings

### Summary

| | |
|---|---|
| Number of Proceedings: | 1 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91224974 | Filing Date: | Nov 23, 2015 |
| Status: | Pending | Status Date: | Nov 23, 2015 |
| Interlocutory Attorney: | ANDREW P BAXLEY | | |

### Defendant

| | |
|---|---|
| Name: | TIII Ventures, L.L.C. |
| Correspondent Address: | TARA M MADISON KEAN MILLER LLP 400 CONVENTION STREET, SUITE 700, PO BOX 3513 BATON ROUGE LA UNITED STATES , 70802 |
| Correspondent e- | tara.madison@keanmiller.com , devin.ricci@keanmiller.com , tracey.langston@keanmiller.com , ipmailbox@keanmiller.com |

mail:

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| FIZZKIDS | Opposition Pending | 86414168 | |

### Plaintiff(s)

**Name:** Wizkids/NECA, LLC

**Correspondent Address:** MICHAEL R FRISCIA
MCCARTER & ENGLISH LLP
FOUR GATEWAY CENTER, 100 MULBERRY STREET
NEWARK NJ UNITED STATES , 07102-4056

**Correspondent e-mail:** mfriscia@mccarter.com , crodrigue@mccarter.com , dpopovic@mccarter.com , kgarrone@mccarter.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| WIZKIDS | Renewed | 76223153 | 2785361 |
| WIZKIDS | Renewed | 76439442 | 2758469 |
| WIZKIDS SPRINGBOARD | Abandoned - No Statement Of Use Filed | 86229060 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Nov 23, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 23, 2015 | Jan 02, 2016 |
| 3 | PENDING, INSTITUTED | Nov 23, 2015 | |
| 4 | ANSWER | Jan 04, 2016 | |
| 5 | STIPULATED PROTECTIVE ORDER | Feb 29, 2016 | |
| 6 | STIP NOTED AND APPROVED | Mar 02, 2016 | |
| 7 | P MOT FOR EXT W/ CONSENT | Oct 19, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Oct 19, 2016 | |
| 9 | P NOTICE OF RELIANCE | Dec 12, 2016 | |
| 10 | P NOTICE OF RELIANCE | Dec 12, 2016 | |
| 11 | Confidential Plaintiff's Supporting Evidents/Exhibits | Dec 12, 2016 | |
| 12 | D PRETRIAL DISCLOSURES | Dec 27, 2016 | |
| 13 | P TESTIMONY | Jan 26, 2017 | |
| 14 | Confidential Testimony For Plaintiff | Jan 26, 2017 | |
| 15 | D NOTICE OF RELIANCE | Feb 09, 2017 | |
| 16 | Confidential Defendant's Notice of Reliance | Feb 09, 2017 | |
| 17 | P MOT TO STRIKE NOTICE OF RELIANCE | Mar 09, 2017 | |
| 18 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 13, 2017 | |
| 19 | D OPP/RESP TO MOTION | Mar 24, 2017 | |