**EXHIBIT 2**

| WizKids | WizKids Info Network | Event Locator | Store Locator |
|---|---|---|---|

Official Merch Store



Home     New to HeroClix?     Products     Gameplay     Events

Press Room     WizKids     🔍

## Overview

The Most Maniacal Madman in Gotham Takes Over in... **DC Comics HeroClix: The Joker™'s Wild!**

## Details



| Release Date | November |
|---|---|

Case 1:17-cv-02400-RA   Document 1-2   Filed 04/03/17   Page 3 of 63

Open the asylum— it's time for the inmates to run amok! The DC Comics HeroClix: The Joker's Wild! set features The Joker, The Riddler™, The Penguin™, Mr. Freeze™ and a cadre of other iconic Gotham City villains who have continuously challenged it's harrowed hero— Batman™. Additional sub-themes include the Justice Society of America, The Outsiders and The Suicide Squad. The DC Comics HeroClix: The Joker's Wild! set also features a selection of character using ClixFX bases— an easy way to track on-going game and environmental effects!

| | |
|---|---|
| Release Date | November 20 |
| Genre | Collectible Miniatures Games |
| Game Time | 1+ Hrs |
| Ages | 14+ |



# Get it Today!

## Expand Your Set With Boosters!



The DC Comics HeroClix: The Joker's Wild! set has 70 figures to collect:

- 16 Commons (plus one prime)
- 16 Uncommons (plus one prime)
- 16 Rares (plus one prime)
- 12 Super Rares (plus one prime)
- 6 Chase

The DC Comics HeroClix: The Joker's Wild! Booster Bricks include ten (10) 5-figure booster packs.

Booster Brick MSRP: $129.90
Booster Brick SKU: 72504

Single Booster MSRP: $12.99

Visit the WizKids Info Network for **DC Comics HeroClix: The Joker's Wild!** Release Day Organized Play Events near you!

# Also Available!

### Fast Forces

### Dice & Token Pack

### Dice & Token Pack







DC Comics' greatest detective and his most fearsome foes take center stage in the newest DC HeroClix expansion from WizKids.

The **DC Comics HeroClix: Batman and His Greatest Foes Fast Forces** features all-new dial designs including Batman along with the most iconic characters from his rogues gallery— The Joker™, Harley Quinn™, Mr. Freeze™, The Riddler™ and The Penguin™. As a bonus, the DC Comics HeroClix: Batman and His Greatest Foes Fast Forces Pack includes an exclusive 3D

The **DC Comics HeroClix: The Joker Dice & Token Pack** contains two (2) custom dice featuring an icon of The Joker and six (6) custom action tokens featuring images of The Joker.

The **DC Comics HeroClix: The Joker Dice & Token Pack** is a great way for players to enhance their HeroClix experience!

**MSRP: $9.99**
**SKU: 72499**

The **DC Comics HeroClix: Harley Quinn Dice & Token Pack** contains two (2) custom dice featuring an icon of Harley Quinn and six (6) custom action tokens featuring images of Harley Quinn.

The **DC Comics HeroClix: Harley Quinn Dice & Token Pack** is a great way for players to enhance their HeroClix experience!

**MSRP: $9.99**
**SKU: 72500**

Harley's Hammer object with card!!

HeroClix Fast Forces packs are designed for quick play and easy team-building for both tournaments and casual games.

**MSRP: $16.99**
**SKU: 72497**

# Gallery

## Packaging

     

 

## Booster Brick

     

     

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 6 of 63



Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 7 of 63

Page 6 of 6

     

     



TM & © DC Comics. (s16)



Zip/Postal Code



SUBMIT

©2017 NECA/WizKids LLC. All rights reserved. The marks and logos for HeroClix, Combat Dial, TabApp WizKids, and all related logos and marks are trademarks of NECA/WizKids LLC. All other trademarks and copyrights are the property of their respective owners.ctive owners.

  

Privacy Policy | Terms of Use | Legal Notices





WizKids    WizKids Info Network    Event Locator    Store Locator

Official Merch Store



Home    New to HeroClix?    Products    Gameplay    Events

Press Room    WizKids

## Overview

Friends and foes of your friendly neighborhood Spider-Man come swinging into the new Marvel HeroClix: Superior Foes of Spider-Man set—featuring a selection of both classic and

## Details

| Release Date | August 2016 |
|---|---|

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 10 of 63

contemporary Spider-Villains as well as the return of the Serpent Society.

Marvel HeroClix: Superior Foes of Spider-Man also features ClixFX bases—an easy way to track on-going game and environmental effects!

| Release Date | August 2016 |
|---|---|
| Genre | Collectible Miniatures Games |
| Game Time | 1+ Hrs |
| Ages | 14+ |



# Get it Today!

## Expand Your Set With Boosters!



The Marvel HeroClix: Superior Foes of Spider-Man set has 70 new figures to collect:

- 16 Common figures (plus one Prime)
- 16 Uncommon figures (plus one Prime)
- 16 Rare figures (plus one Prime)
- 12 Super Rare figures (plus one Prime)
- 6 Chase figures

**Booster Brick MSRP: $129.90**
**Booster Brick SKU: 72415**

**Single Booster MSRP: $11.99**

Visit the WizKids Info Network for Marvel HeroClix: Superior Foes of Spider-Man Release Day Organized Play Events near you!

Case 1:17-cv-02400-RA | Document 1-2     Filed 04/03/17     Page 11 of 63

# Also Available!

### Fast Forces

### Dice & Token Pack





Featuring 6 HeroClix figures with all-new dial designs, a rules sheet and a ClixFX base! This Fast Forces Pack is an excellent product for new and established players offered at an impulse-friendly price point!

Fast Forces Packs are designed for quick play and easy team-building for both tournaments and casual games.

**MSRP: $16.99**
**SKU: 72417**

The Marvel HeroClix: Spider-Man Dice & Token Pack contains 2 custom dice featuring a Spider-Man icon and 6 action tokens featuring the Wall Crawler himself!

The Marvel HeroClix: Spider-Man Dice & Token Pack is a great way to enhance your HeroClix experience!

**MSRP: $9.99**
**SKU: 72418**

# Gallery

### Packaging

     

    

## Booster Brick

     

     

     

     

     

     



©2016 MARVEL



Zip/Postal Code

SUBMIT

©2017 NECA/WizKids LLC. All rights reserved. The marks and logos

   

Case 1:17-cv-02400-RA | Document 1-2 Filed 04/03/17 Page 14 of 63

for HeroClix, Combat Dial, TabApp WizKids, and all related logos and marks are trademarks of NECA/WizKids LLC. All other trademarks and copyrights are the property of their respective owners.ctive owners.

Privacy Policy | Terms of Use | Legal Notices









Home    New to HeroClix?    Products    Gameplay    Events

Press Room    WizKids    🔍

## Overview

Expand your Marvel HeroClix collection with the release of Marvel HeroClix: Uncanny X-Men. Featuring a myriad of mutant mavericks and misanthropes – from classic X-stories to current

## Details

| Release Date | May 2016 |
|---|---|

X-events, Marvel HeroClix: Uncanny X-Men is a set you won't want to miss.

Introducing ClixFX bases – a cool, new way to easily track on-going game and environmental effects – now available in Boosters and Fast Forces Packs!

Marvel HeroClix: Uncanny X-Men includes sub-themes of the All-New X-Men, the Marauders, Freedom Force and more!

| | |
|---|---|
| Release Date | May 2016 |
| Genre | Collectible Miniatures Games |
| Game Time | 1+ Hrs |
| Ages | 14+ |

‹    ›



# Get it Today!

## Expand Your Set With Boosters!



The Marvel HeroClix: Uncanny X-Men set has 70 new figures to collect:

- 16 Common figures (plus one Prime)
- 16 Uncommon figures (plus one Prime)
- 16 Rare figures (plus one Prime)
- 12 Super Rare figures (plus one Prime)
- 6 Chase figures

Booster Brick MSRP: $129.90
Booster Brick SKU: 72364

Single Booster MSRP: $12.99

∧

Visit the WizKids Info Network for Marvel HeroClix: Uncanny X-Men Pre- Release and Release Day Organized Play Events near you!

# Also Available!

## Fast Forces



The time-traveling All-New X-Men join up with X-23 to protect the earth from all threats to both human- and mutant-kind! Featuring 6 HeroClix figures with all¬new dial designs, a rules sheet and a ClixFX base! This Fast Forces Pack is an excellent product for new and established players!

Fast Forces Packs are designed for quick play and easy team building for both tournaments and casual games.

**MSRP: $16.99**
**SKU: 72366**

## Dice & Token Pack



Marvel HeroClix: Uncanny X-Men Dice & Token Pack contains 2 custom dice featuring the X-Men logo and 6 action tokens. The Marvel HeroClix: Uncanny X-Men Dice & Token Pack is a great way to enhance your HeroClix experience!

**MSRP: $9.99**
**SKU: 72368**

# Gallery

Packaging

     

 

## Additional Game Elements/Accessories

     



## Booster Brick

     

     

     

     

Case 1:17-cv-02400-RA     Document 1-2     Filed 04/03/17     Page 22 of 63



Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 23 of 63

    

©2016 MARVEL



Zip/Postal Code

SUBMIT



©2017 NECA/WizKids LLC. All rights reserved. The marks and logos
for HeroClix, Combat Dial, TabApp WizKids, and all related logos
and marks are trademarks of NECA/WizKids LLC. All other
trademarks and copyrights are the property of their respective
owners.ctive owners.

Privacy Policy | Terms of Use | Legal Notices

f   🐦   ▶   📷





TMNT Shredders Return | HeroClix



| WizKids | WizKids Info Network | Event Locator | Store Locator |
| --- | --- | --- | --- |

Official Merch Store



Home    New to HeroClix?    Products    Gameplay    Events

Press Room    WizKids    🔍

## Overview

Teenage Mutant Ninja Turtles HeroClix: Shredder's Return features fan favorite characters including Leonardo, Michelangelo, Donatello, Raphael, and iconic Turtle villains

## Details



| Release Date | February 2 |
| --- | --- |

http://wizkids.com/heroclix/tmnt-shredders-return/                        3/31/2017

like Shredder, Bebop, and Rocksteady! Additional sub-themes include the Purple Dragon street gang and more characters from the 2012 animated series,  especially the Turtles from their adventures in space!

| Release Date | February 201 |
|---|---|
| Genre | Collectible Miniatures Games |
| Game Time | 1+ Hrs |
| Ages | 14+ |



# Available Now!

## Expand Your Set With Foil Packs!



The Teenage Mutant Ninja Turtles HeroClix: Gravity Feed includes 24 foil pack boosters, each containing a pre-painted collectible miniature game piece that players can add to their Teenage Mutant Ninja Turtles HeroClix collections!

The Teenage Mutant Ninja Turtles HeroClix: Gravity Feed features more than 30 characters from the 32-year history of the Teenage Mutant Ninja Turtles, based on both the comics and animated TV series.

**Gravity Feed MSRP: $71.76**
**Gravity Feed SKU: 72200**

**Foil Pack MSRP: $2.99**

# Also Available!

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 28 of 63

## Fast Forces Pack!

Fast Forces Packs are designed for quick play and easy team-building for both tournaments and casual games.

The Teenage Mutant Ninja Turtles HeroClix: Shredder's Return Fast Forces includes all-new dial designs for fan-favorite Turtle characters. Featuring Leonardo, Michelangelo, Donatello, Raphael, and two long time Turtle villains are those punks Bebop and Rocksteady!

**MSRP: $16.99**
**SKU: 72205**



# Gallery

## Packaging

     

## Gravity Feed

     

     

Case 1:17-cv-02400-RA   Document 1-2   Filed 04/03/17   Page 29 of 63



© 2017 Viacom International Inc.  All Rights Reserved. Nickelodeon, Teenage Mutant Ninja Turtles, and all related titles, logos and characters are trademarks of Viacom International Inc.



Zip/Postal Code

SUBMIT

©2017 NECA/WizKids LLC. All rights reserved. The marks and logos for HeroClix, Combat Dial, TabApp WizKids, and all related logos and marks are trademarks of NECA/WizKids LLC. All other trademarks and copyrights are the property of their respective owners.ctive owners.

  

Case 1:17-cv-02400-RA   Document 1-2   Filed 04/03/17   Page 30 of 63

Privacy Policy | Terms of Use | Legal Notices







Marvel HeroClix Avengers/Defenders War- Man-Thing | Hero...   Page 1 of 3

   


Home      New to HeroClix?      Products      Gameplay      Events      Press Room

WizKids      🔍



## Marvel HeroClix: Avengers/Defenders War – Man-Thing

Greetings HeroClix Fans!

Welcome back as we continue our series of previews for our upcoming **Marvel HeroClix: Avengers/Defenders War** set!  Today we Adventure Into Fear, deep in the Florida Everglades, and find the mysterious and powerful **Man-Thing**!

### Recent Posts

› Marvel HeroClix: Avengers/Defenders War – Man-Thing
March 31, 2017

› HeroClix 2017 Rules 12: Reader Feedback! And Rules Tweaks!
March 29, 2017

› Marvel HeroClix: Avengers/Defenders War – Porcupine
March 29, 2017

Find us on Facebook

Marvel HeroClix Avengers/Defenders War- Man-Thing | Hero...    Page 2 of 3





**WizKids**
112K likes

Like Page

Be the first of your friends to like

As a biochemical researcher with Project: Gladiator trying to recreate the Super Soldier Serum, Dr. Ted Sallis uncovered a plot by AIM agents to steal his work. He destroyed his notes and took off into the swamp but wrecked his car where a mix of chemicals from his serum and mystical energies from the Nexus of Realities transformed him into the infernal **Man-Thing**, a lumbering plant like creature with barely any human intellect remaining and an acidic touch that burns anyone experiencing fear.

With the *Defenders*, *Legion of Monsters*, *Thunderbolts*, *Monster*, and *Mystical* keywords **Man-Thing** brings the magical might of the swamp to your force. For 125 points he punishes anyone who damages him with an attack with the *Mystics* team ability. **Man-Thing** also helps out his closest allies with the *Defenders* team ability and his trait, *Defenders Together* once per turn allowing a friendly character that uses the *Defenders* team ability to replace their defense value with **Man-Thing's** to reduce penetrating damage and cause an attack using *Mind Control* to automatically miss. Offensively he can deal penetrating damage on every click as his dial begins and ends with the combination of *Phasing/Teleport*, *Poison*, *Toughness*, and *Exploit Weakness*. On click #3 he has a *STOP* click thanks to his special power on damage *Taken Possession Of A Mindless Husk*. This *STOP* click ensures he lands on his sweet spot. His special power on speed, *Possessed By The Six Fingered Hand*, which cannot be countered, makes **Man-Thing** go *Giant-Sized* with a range value of 5 and *Sidestep*. He also has *Penetrating/Psychic Blast* and a stunning 19 defense with *Impervious* that shifts down to *Invulnerability* before shrinking back to normal size; this is the highest defense value in **Modern Age** formats that can be shared with the *Defenders* team ability. On top of all that he disregards pushing damage thanks to *Indomitable* giving him the use of *Willpower*.

"Whatever knows fear burns at the Man-Thing's touch!"

Thanks for reading! Join us again as we reveal more exciting characters and highlight strategies and team builds from the **Marvel HeroClix: Avengers/Defenders War** set and visit the WizKids Info Network to find upcoming Pre-Release Events near you!

Until next time, Go Defenders!

Marvel HeroClix Avengers/Defenders War- Man-Thing | Hero... Page 3 of 3

March 31st, 2017 | Avengers/Defenders War

Share This Story, Choose Your
Platform!



## Related Posts





Marvel HeroClix: Avengers/Defenders War –
Porcupine
March 29th, 2017 | 0 Comments

Marvel HeroClix: A
Nuke
March 24th, 2017 |



Zip/Postal Code

SUBMIT

©2017 NECA/WizKids LLC. All rights reserved. The marks and logos for
HeroClix, Combat Dial, TabApp WizKids, and all related logos and marks
are trademarks of NECA/WizKids LLC. All other trademarks and copyrights
are the property of their respective owners.ctive owners.



Privacy Policy | Terms of Use | Legal Notices

WizKids Info Network    Event Locator    Store Locator

Official Merch Store



Home    Company    Products    Licenses    Events    Press Room

Support    WIN

## Overview

*Collect all 45 figures from Icons of the Realms: Storm King's Thunder, the newest set of randomly sorted monsters and heroes in our*

## Details



| Release Date | September |
|---|---|
| Genre | *Collectible |

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 38 of 63

*exciting line of D&D miniatures, Icons of the Realms.*

*\*All D&D Icons of the Realms miniatures work with the D&D role-playing game*

# Available Now!



©2016 Wizards of the Coast

## Boosters

The Giants have returned to the Forgotten Realms in force as they clash with dragons and one another in epic battles for glory and territory, while humans and other small folk caught in the middle try to find a way to survive amid the upheaval.

D&D Icons of the Realms: *Storm King's Thunder* includes **11 unique Giants plus 4 with alternate weapons measuring from approximately 4" to over 5 ½" in height!**

MSRP (Booster): $16.99
MSRP (8 Ct. Booster Brick): $135.92
SKU (8 Ct. Booster Brick): 72461

## Chief Guh

Chief Guh is a case incentive promotional figure.

The Chief Guh pre-painted promotional figure stands several inches tall and towers over all the standard sized miniatures in D&D Icons of the Realms: Storm King's Thunder. The perfect adversary for your next adventure and a beautiful display piece as well!

⌃

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/08/17    Page 39 of 63

Check with your friendly local gaming store to see
if they have one on hand.

MSRP: $39.99
SKU: 72463



©2016 Wizards of the Coast

## Gallery



© 2016 Wizards of the Coast LLC All Rights Reserved. Dungeons & Dragons, D&D, Wizards of the Coast, Storm King's Thunder, Forgotten Realms, and their respective logos are trademarks of Wizards of the Coast LLC in the U.S.A. and other countries, and are used with permission.

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 40 of 63



| Zip/Postal Code | SUBMIT |
| --- | --- |

©2017 NECA/WizKids LLC (WizKids). The marks and logos for WizKids, Dice Masters, Quarriors, Dice Building Game, HeroClix, and Combat Dial are trademarks of WizKids. All rights reserved. All other trademarks and copyrights are the property of their respective owners.

**Exact products, figures and components shown may vary.**

Privacy Policy | Terms of Service | Legal Notices



©2016 Wizards of the Coast



©2016 Wizards of the Coast

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 43 of 63

WizKids Info Network    Event Locator    Store Locator

Official Merch Store

f    t    ▶    ◎

in



Home    Company    Products    Licenses    Events    Press Room

Support    WIN

## Overview

***Pathfinder Battles: Deadly Foes*** is the latest 52-figure set release in the award winning Pathfinder Battles line of miniatures from Paizo Inc. and WizKids! ***Deadly Foes*** features friends

## Details



| | |
|---|---|
| Release Date | November |
| Genre | |

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 44 of 63

and foes from the world of Golarion, and is sure to please Pathfinder fans new and veteran alike!



| Release Date | November 20 |
|---|---|
| | Collectible Miniatures/Fi (non-game) |
| Ages | 14+ |

# Available Now!

## Boosters



**Pathfinder Battles: Deadly Foes** miniatures come in two product configurations, the Standard Booster and the Standard Booster 8 Ct. Booster Brick.

**Deadly Foes** follows the lead of popular Pathfinder Battles sets like Dungeons Deep to provide a legion of high-utility monsters and heroes suitable for any fantasy role-playing campaign. From fearsome hobgoblins to

## Clockwork Dragon and Spawn of Cthulhu



The perfect enemies for your next **Deadly Foes** adventure!

This fantastic **Deadly Foes** Case Incentive set contains two beautiful display pieces that stand several inches tall and dwarf the other miniatures in the **Pathfinder Battles: Deadly Foes** set. Included in each box are two "Huge"

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 45 of 63

evil soldiers, slavers, and fun to use as MSRP for a Single: $127.92 "dungeon dressing" in MSRP for a Brick: $15.99 fun to your fantasy gaming, Deadly Foes SKU: 72878 with the adversaries your game is looking for.

creatures from the Pathfinder world: the mighty Clockwork Dragon and the mind-melting SKU: 72879 of Cthulhu! This set answers fan demand for Huge adversaries, which have not appeared in a Pathfinder Battles set since 2012!

## Gallery





Pathfinder Battles are trademarks of Paizo Inc. Pathfinder, Paizo, and the Paizo logo are registered trademarks of Paizo Inc. © 2016

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 46 of 63



| Zip/Postal Code | SUBMIT |
|---|---|



©2017 NECA/WizKids LLC (WizKids). The marks and logos for WizKids, Dice Masters, Quarriors, Dice Building Game, HeroClix, and Combat Dial are trademarks of WizKids. All rights reserved. All other trademarks and copyrights are the property of their respective owners.

**Exact products, figures and components shown may vary.**

Privacy Policy | Terms of Service | Legal Notices

WizKids Info Network    Event Locator    Store Locator

Official Merch Store



Home        Company        Products        Licenses        Events        Press Room

Support        WIN

## Overview

***Pathfinder Battles: Dungeons Deep*** is the latest 51-figure set release in the award-winning ***Pathfinder Battles*** line of miniatures from Paizo Inc. and WizKids! Dungeons Deep features

## Details



| Release Date | June 2015 |
|---|---|
| Genre | |

Case 1:17-cv-02400-RA   Document 1-2   Filed 04/03/17   Page 48 of 63

friends and foes from the world of Golarion, and is sure to please Pathfinder fans new and veteran alike!

| Release Date | June 2015 |
|---|---|
| | Collectible Miniatures/Fi (non-game) |
| Ages | 14+ |



# Available Now!

## Boosters



*Pathfinder Battles: Dungeons Deep* miniatures come in two product configurations, the Standard Booster and the Standard 8 Ct. Booster Brick.

FOUR-FIGURE BOOSTERS! *Pathfinder Battles: Dungeons Deep* Standard Boosters contain 4 figures: 1 large figure and 3 small or medium figures.

## Gargantuan Red Dragon



The perfect adversary for your next Dungeons Deep encounter!

This fantastic pre-painted Red Dragon stands several inches tall and towers over all of the other miniatures in the Pathfinder Battles: Dungeons Deep set. The Gargantuan Red Dragon is a beautiful display piece as well!

**MSRP: $49.99**
SKU: 71817

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 49 of 63

MSRP for a Brick: $127.92
MSRP for a Booster: $15.99
SKU: 71815

## Gallery

     

     





Zip/Postal Code          SUBMIT

©2017 NECA/WizKids LLC (WizKids). The marks and logos for WizKids, Dice Masters, Quarriors, Dice Building Game, HeroClix, and Combat Dial are trademarks of WizKids. All rights reserved. All other trademarks and copyrights are the property of their respective owners.

Exact products, figures and components shown may vary.



Privacy Policy | Terms of Service | Legal Notices

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 50 of 63

WizKids Info Network    Event Locator    Store Locator

Official Merch Store



Home    Company    Products    Licenses    Events    Press Room

Support    WIN

## Overview

WizKids Games, the industry leader in quality pre-painted plastic miniatures, is pleased to bring the heroes, villains, and monsters of the

## Details



| Release Date | August 201 |
|---|---|
| Genre | *Collectibl |

D&D Icons of the Realms Tyranny of Dragons | WizKids                    Page 2 of 5

world of Dungeons & Dragons to life in this latest series of fantasy miniatures!

*All D&D Icons of the Realms miniatures work with the D&D role-playng game*



©2015 Wizards of the Coast

### NEW! Starter Set



Go on a grand adventure through the Forgotten Realms with this new set of starter miniatures for play with the legendary fantasy roleplaying game Dungeons & Dragons. This D&D Icons of the Realms Starter Set features all new paint designs!

**Featuring 5 returning characters from the previous version:**

- Gold Dwarf Cleric
- Human ranger
- Lightfoot Halfling rogue
- Northlands fighter
- Sun Elf wizard

### Starter Set



The D&D Icons of the Realms Starter Set is the perfect supplement for your D&D tabletop roleplaying game. The 6 figure Starter Set represents some of the most iconic characters classes and races from the Dungeons & Dragons universe, including the Dwarf Cleric, Human Ranger, Halfling Rogue, Northlands Fighter, Elf Wizard, and the famous Drow Ranger, Drizzt Do'Urden. Combine these high quality miniatures with the 44 found within the D&D Icons of the Realms *Tyranny of Dragons* booster packs to bring an exciting new depth to your D&D adventures.

### Expand Your Collection!



G385A Wizards of the Coast

Collect all 44 miniatures found in the D&D Icons of the Realms *Tyranny of Dragons* boosters. Found in 4 figure blind booster packs, and inspired by the *Tyranny of Dragons* storyline, you'll find Dragons, Kobold Fighters, Bugbears, Wraiths, Mind Flayers, and many more iconic D&D characters guaranteed to level up your tabletop roleplaying game experience.

MSRP (Booster): $15.99
MSRP (8 Ct. Booster Brick): $127.92

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 52 of 63

- and 1 new Hero for your game, Wood Elf Druid

**MSRP: $19.99**
**SKU: 72778**

Includes:

- Dwarf Cleric
- Human ranger
- Halfling rogue
- Northlands fighter
- Elf wizard
- Drizzt Do'Urden

**MSRP: $19.99**
**SKU: 71583**

**SKU (8 Ct. Booster Brick): 71585**

## Tiamat



Tiamat, the queen of evil dragons, comes alive on the tabletop with this latest release from the D&D Icons of the Realms fantasy miniatures series! This spectacular pre-painted premium figure stands several inches tall and towers above all other D&D Icons of Realms fantasy miniatures.

**MSRP: $59.99**
**SKU: 71857**

## Bahamut



Bahamut, the king of all good dragons, comes alive on the tabletop with this latest release from the D&D Icons of the Realms fantasy miniatures series! This fantastic pre-painted premium figure stands several inches tall and towers over other D&D Icons of Realms fantasy miniatures.

**MSRP: $59.99**
**SKU: 71858**

Case 1:17-cv-02400-RA    Document 1-2    Filed 04/03/17    Page 53 of 63

Gallery



© 2015 Wizards of the Coast LLC All Rights Reserved. Dungeons & Dragons, D&D, Wizards of the Coast, Tyranny of Dragons, Forgotten Realms, and their respective logos are trademarks of Wizards of the Coast LLC in the U.S.A. and other countries, and are used with permission.

Case 1:17-cv-02400-RA   Document 1-2   Filed 04/03/17   Page 54 of 63



| Zip/Postal Code | SUBMIT |

©2017 NECA/WizKids LLC (WizKids). The marks and logos for WizKids, Dice Masters, Quarriors, Dice Building Game, HeroClix, and Combat Dial are trademarks of WizKids. All rights reserved. All other trademarks and copyrights are the property of their respective owners.

f  🐦  ▶  📷  in

**Exact products, figures and components shown may vary.**

Privacy Policy | Terms of Service | Legal Notices





© 2015 Wizards of the Coast













