**EXHIBIT 3**

Case 1:17-cv-02400-RA    Document 1-3    Filed 04/03/17    Page 2 of 10



SIGN IN    CREATE AN ACCOUNT

THE INCIDENT    THE CARBONATION    BLOG    THE SHOP

## Meet the Fizz Kids: what happens when fuzzy wuzzy toys meet an explosion of carbonated bubbliness.



### Alien Limeade

[ LEARN MORE ]

BUY NOW



### Rummy Cola

[ LEARN MORE ]

BUY NOW



### Vicious Dog Sparkling Water

[ LEARN MORE ]

BUY NOW



## Zombie Juice

**LEARN MORE**

BUY NOW



## Cranked Cola

**LEARN MORE**

BUY NOW



## Bone Crusher Rootbeer

**LEARN MORE**

BUY NOW



## Multi Pack
(10% discount)

**LEARN MORE**

BUY NOW



## Mystery Pack
(2 characters)

**LEARN MORE**

BUY NOW

 



Contact Us
Privacy Policy
Terms of Service
ASTM certificate

All prices are in USD. © 2017 Carbonation Toys.

RT
@carbonationtoys
: Follow
@carbonationtoys
on Twitter now! And get your
collection today at
https://t.co/zFWgRrGjUH
https://t.co/fWK6FzCZTv
@CarboNation Toys













