**EXHIBIT 4**

Free shipping for orders over $75

Tenacious Toys® - Art Collectibles Since 2005

Log in or Create account



Cart

Search

  Cart

Menu



Tenacious Toys® - Art Collectibles Since 2005

Category ▾    Manufacturer ▾    Artist ▾    Custom/Resin ▾    Shows ▾    Blog

Home  ›  Carbonation Toys

# Carbonation Toys

Browse by   All            Sort by   Alphabetically, A-Z

   

Case 1:17-cv-02400-RA    Document 1-4    Filed 04/03/17    Page 3 of 19



Fizz Kids 6-Pack by Carbonation Toys

$ 80.95

No reviews

## Most Popular in this Collection



Fizz Kids 6-Pack by Carbonation Toys

$80.95 No reviews

Latest News

FREE Sticker Promotion

Free shipping for orders over $75



Click here to visit our signup page.

**Quick Links**

SEARCH FOR A TOY

Email List Signup

About Us

Store Policies

F.A.Q.

Archives

**More Tenacity**

Amazon Shop

eBay Store

Mobile Shop

Apparel Shop

Read Our Blog

Google+

**Follow Us**

      

**Contact Us**

Tenacious Toys®
PO Box 287042
New York, NY 10128 USA
347-223-5869
Email Us

       

Free shipping for orders over $75

Copyright © 2017, Tenacious Toys®.

Free shipping for orders over $75

Tenacious Toys® - Art Collectibles Since 2005

Log in  or  Create account



Cart

Search


Cart

Menu



Tenacious Toys® - Art Collectibles Since 2005

Category ▾    Manufacturer ▾    Artist ▾    Custom/Resin ▾    Shows ▾    Blog

Home › Carbonation Toys › Fizz Kids 6-Pack by Carbonation Toys














  

  





















Case 1:17-cv-02400-RA   Document 1-4   Filed 04/03/17   Page 11 of 19

Free shipping for orders over $75



# Fizz Kids 6-Pack by Carbonation Toys

## $ 80.95

Quantity

1

Add to Cart

in stock

## Customer Reviews

FREE Shipping for orders over $75

No reviews yet  Write a review

f  Share    ▼ Tweet    ᵖ Pin it    g+ +1

### Latest News

**FREE Sticker Promotion**



Click here to visit our signup page.

### Quick Links

SEARCH FOR A TOY

Email List Signup

About Us

Store Policies

F.A.Q.

Archives

### More Tenacity

Amazon Shop

eBay Store

Mobile Shop

Apparel Shop

Read Our Blog

Google+

Free shipping for orders over $75

**Follow Us**

     

**Contact Us**

Tenacious Toys®
PO Box 287042
New York, NY 10128 USA

347-223-5869

Email Us

          

Copyright © 2017, Tenacious Toys®.














