**EXHIBIT 5**

Generated on: This page was generated by TSDR on 2017-03-31 18:05:18 EDT

Mark: FIZZKIDS

# FIZZKIDS

| | |
|---|---|
| **US Serial Number:** 86414168 | **Application Filing Date:** Oct. 03, 2014 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Opposition Pending

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided.

**Status:** An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Nov. 23, 2015

**Publication Date:** Jul. 28, 2015

## Mark Information

**Mark Literal Elements:** FIZZKIDS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Toys, namely, figures, action figures, dolls; collectible toys, namely, figures, action figures, and dolls; limited edition toys, namely, figures, action figures, and dolls; cases for play accessories

**International Class(es):** 028 - Primary Class          **U.S Class(es):** 022, 023, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** TIII Ventures, L.L.C.

**Owner Address:** 10420 Ellerbe Road
Shreveport, LOUISIANA UNITED STATES 71106

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | LOUISIANA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Tara M. Madison | **Docket Number:** | 23993-3 |
| **Attorney Primary Email Address:** | tara.madison@keanmiller.com | **Attorney Email Authorized:** | Yes |

### Correspondent

**Correspondent Name/Address:** TARA M MADISON
KEAN MILLER LLP
400 CONVENTION STREET, SUITE 700
PO BOX 3513
BATON ROUGE, LOUISIANA UNITED STATES 70802

| | | | |
|---|---|---|---|
| **Phone:** | 225-387-0999 | **Fax:** | 225-388-9133 |
| **Correspondent e-mail:** | tara.madison@keanmiller.com ipmailbox@keanmiller.com tracey.langston@keanmiller.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 23, 2015 | OPPOSITION INSTITUTED NO. 999999 | 224974 |
| Aug. 27, 2015 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jul. 28, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 28, 2015 | PUBLISHED FOR OPPOSITION | |
| Jul. 08, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 22, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70884 |
| Jun. 22, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 18, 2015 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 88889 |
| Jun. 18, 2015 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 17, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 17, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 17, 2015 | NON-FINAL ACTION WRITTEN | 88572 |
| May 21, 2015 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70884 |
| May 21, 2015 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70884 |
| May 18, 2015 | ASSIGNED TO LIE | 70884 |
| May 14, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 29, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 29, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 29, 2015 | NON-FINAL ACTION WRITTEN | 88572 |
| Jan. 23, 2015 | ASSIGNED TO EXAMINER | 88572 |
| Oct. 09, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 07, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | MULCRONE, COLLEEN E | **Law Office Assigned:** | LAW OFFICE 108 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jun. 22, 2015 |

## Proceedings

**Summary**

Number of 2

**Proceedings:**

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91224974 | **Filing Date:** | Nov 23, 2015 |
| **Status:** | Pending | **Status Date:** | Nov 23, 2015 |
| **Interlocutory Attorney:** | ANDREW P BAXLEY | | |

#### Defendant

| | |
|---|---|
| **Name:** | TIII Ventures, L.L.C. |
| **Correspondent Address:** | TARA M MADISON<br>KEAN MILLER LLP<br>400 CONVENTION STREET, SUITE 700, PO BOX 3513<br>BATON ROUGE LA UNITED STATES , 70802 |
| **Correspondent e-mail:** | tara.madison@keanmiller.com , devin.ricci@keanmiller.com , tracey.langston@keanmiller.com , ipmailbox@keanmiller.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| FIZZKIDS | Opposition Pending | 86414168 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | Wizkids/NECA, LLC |
| **Correspondent Address:** | MICHAEL R FRISCIA<br>MCCARTER & ENGLISH LLP<br>FOUR GATEWAY CENTER, 100 MULBERRY STREET<br>NEWARK NJ UNITED STATES , 07102-4056 |
| **Correspondent e-mail:** | mfriscia@mccarter.com , crodrigue@mccarter.com , dpopovic@mccarter.com , kgarrone@mccarter.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| WIZKIDS | Renewed | 76223153 | 2785361 |
| WIZKIDS | Renewed | 76439442 | 2758469 |
| WIZKIDS SPRINGBOARD | Abandoned - No Statement Of Use Filed | 86229060 | |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Nov 23, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 23, 2015 | Jan 02, 2016 |
| 3 | PENDING, INSTITUTED | Nov 23, 2015 | |
| 4 | ANSWER | Jan 04, 2016 | |
| 5 | STIPULATED PROTECTIVE ORDER | Feb 29, 2016 | |
| 6 | STIP NOTED AND APPROVED | Mar 02, 2016 | |
| 7 | P MOT FOR EXT W/ CONSENT | Oct 19, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Oct 19, 2016 | |
| 9 | P NOTICE OF RELIANCE | Dec 12, 2016 | |
| 10 | P NOTICE OF RELIANCE | Dec 12, 2016 | |
| 11 | Confidential Plaintiff's Supporting Evidents/Exhibits | Dec 12, 2016 | |
| 12 | D PRETRIAL DISCLOSURES | Dec 27, 2016 | |
| 13 | P TESTIMONY | Jan 26, 2017 | |
| 14 | Confidential Testimony For Plaintiff | Jan 26, 2017 | |
| 15 | D NOTICE OF RELIANCE | Feb 09, 2017 | |
| 16 | Confidential Defendant's Notice of Reliance | Feb 09, 2017 | |
| 17 | P MOT TO STRIKE NOTICE OF RELIANCE | Mar 09, 2017 | |
| 18 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 13, 2017 | |
| 19 | D OPP/RESP TO MOTION | Mar 24, 2017 | |

### Type of Proceeding: Extension of Time

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 86414168 | **Filing Date:** | Aug 27, 2015 |

| | | | |
|---|---|---|---|
| **Status:** Terminated | | **Status Date:** Nov 25, 2015 | |
| **Interlocutory Attorney:** | | | |

### Defendant

**Name:** TIII Ventures, L.L.C.

**Correspondent Address:** TARA M. MADISON
KEAN MILLER LLP
PO BOX 3513
BATON ROUGE LA , 70821-3513

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| FIZZKIDS | Opposition Pending | 86414168 | |

### Potential Opposer(s)

**Name:** Wizkids/NECA, LLC

**Correspondent Address:** Michael R. Friscia
McCarter & English, LLP
Four Gateway Center,100 Mulberry Street
Newark NJ UNITED STATES , 07102-4056

**Correspondent e-mail:** mfriscia@mccarter.com , dpopovic@mccarter.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 27, 2015 | |
| 2 | EXTENSION OF TIME GRANTED | Aug 27, 2015 | |