UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
:
WIZKIDS/NECA, LLC,                                  :
                                                    :     Civil Action No. 1:17-cv-02400-RA
                    Plaintiff,                      :
                                                    :
         -against-                                  :
                                                    :
TIII VENTURES, LLC,                                 :
                                                    :
                    Defendant.                      :
---------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/19

### DEFENDANT'S NOTICE PURSUANT TO COURT ORDER (DOCKET 63)

Defendant TIII Ventures, LLC ("Defendant") hereby submits this notice pursuant to the Court's Order (Dkt. 63). On March 31, 2019, this Court entered summary judgment for Defendant on all of Plaintiff's claims. Dkt. 63. The Court ordered Defendant to inform it on or before April 8, 2019 whether it intends to pursue its counterclaim to cancel Plaintiff's WIZKIDS mark pursuant to 15 U.S.C. § 1119. *Id.*

Defendant and Plaintiff are currently discussing whether they can resolve the remainder of this matter without further court intervention. Defendant is also reviewing its options with counsel. Defendant respectfully requests that this Court grant an additional three weeks, until **April 29, 2019**, to inform the Court whether it will go forward with its counterclaim.

Plaintiff has indicated it does not oppose this extension request.

- 1 -

Dated: April 8, 2019            McDERMOTT WILL & EMERY LLP

By: /s/ *Monica S. Asher*
Monica S. Asher
Lillian Horan
340 Madison Avenue
New York, New York 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: masher@mwe.com

John J. Dabney (*pro hac vice*)
Katie Bukrinsky (*pro hac vice*)
McDermott Will & Emery LLP
500 N. Capitol St, N.W.
Washington, D.C. 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
Email: jdabney@mwe.com
Email: kbukrinsky@mwe.com

*Attorneys for Defendant and Counterclaimant
TIII Ventures, LLC*

**APPLICATION GRANTED
SO ORDERED**

/s/ Ronnie Abrams, U.S.D.J.

4-9-19